## INDEX OF EXHIBITS

Excerpt from Plaintiff's Deposition ................................................................................................ A

*Hagopian v Smith*, 2009 WL 5149955 (ED Mich 2009) (unpublished) ......................................... B